# CR 15   498

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

2015 OCT -2 PM 4:34

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

1. Title of Case: <u>United States v. David Gotterup and Jason Green</u>

2. Related Magistrate Docket Number(s): <u>n/a</u>

3. Arrest Date: <u>approx. 10/7/2015</u>

**VITALIANO, J.**

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

**GOLD, M.J**

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): Will be addressed separately

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes   ☐ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY

By: _____
Sylvia Shweder
Assistant U.S. Attorney
(718) 254-6092

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12