UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

DAVID GOTTERUP,
       also known as "David Gott," and
JASON GREEN,

           Defendants.

– – – – – – – – – – – – – –X

UNSEALING ORDER

Docket No.  15-CR-498 (ENV)

        Upon the application of KELLY T. CURRIE, Acting United States Attorney for

the Eastern District of New York, by Assistant United States Attorney Sylvia Shweder, for an

order unsealing the above-captioned matter.

        WHEREFORE, it is ordered that the above-captioned indictment be unsealed.

Dated:     Brooklyn, New York
           October 7, 2015

                      s/James Orenstein

                  _____

                  HONORABLE JAMES ORENSTEIN
                  UNITED STATES MAGISTRATE JUDGE
                  EASTERN DISTRICT OF NEW YORK